# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 5:20-cv-00279-TES |
| CVB INDUSTRIAL CONTRACTING, INC. and SELECTIVE INSURANCE COMPANY, ) ) ) ) ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION TO MODIFY SCHEDULING AND DISCOVERY ORDER

Having fully considered the matter, and for good cause shown, the Court hereby GRANTS the Joint Motion to Modify Scheduling and Discovery Order filed April 2, 2021. The due dates and deadlines contained within the Court's modified Scheduling and Discovery Order (Doc. 20), are hereby modified as follows:

| | |
|---|---|
| Motions to Amend Pleadings/Join Parties | July 27, 2021 |
| Plaintiff's Expert Disclosures | August 3, 2021 |
| Defendants' Expert Disclosures | August 31, 2021 |
| Supplemental Expert Reports | October 12, 2021 |
| Discovery Deadline | November 2, 2021 |
| Dispositive Motions | November 30, 2021 |

Daubert Motions                                November 30, 2021

**SO ORDERED,** this the  2nd  day of ___April___, 2021.

                                          /s/ Tilman E. Self, III
                                        TILMAN E. SELF, III, JUDGE
                                        UNITED STATES DISTRICT COURT